F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 08 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00260-BNB

DOSSIE HOWARD,

    Plaintiff,

v.

AURORA MUNICIPAL COURT,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Dossie Howard, is detained in the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Howard has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983.

In a March 2, 2011 Order, Magistrate Judge Boyd N. Boland granted Mr. Howard leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Based on the information Plaintiff provided about his financial status, the court found that he was able to pay an initial partial filing fee of $3.00 pursuant to § 1915(b)(1). Mr. Howard was ordered to pay the initial partial filing fee within thirty (30) days from the date of the March 2 Order or show cause why he has no assets and no means by which to pay the designated initial partial filing fee. Plaintiff was advised that in order to show cause, he must file a current certified copy of his trust fund account statement. Mr. Howard was warned that if he failed to have the designated initial partial filing fee sent to the clerk of the court within the time allowed, or to show cause as directed above, the Prisoner Complaint would be dismissed without further notice.

Mr. Howard has now failed either to pay the initial partial filing fee within the time allowed, as designated in the March 2 Order, or, in the alternative, show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the action is dismissed without prejudice for Mr. Howard's failure either to pay an initial partial filing fee of $3.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __8th__ day of __April__, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00260-BNB

Dossie Howard
Reg. No. 10-15345
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 8, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk